IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERGIN HAZERCI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-1092 |
| TECHNICAL EDUCATION SERVICES, INC., | : | |

**<u>ORDER</u>**

AND NOW, this 29th day of May, 2009, plaintiff's motion for an extension of the discovery deadline, and for an extension in which to respond to defendant's summary judgment motion (docket no. 27) is granted in part and denied in part. The request for an extension of the discovery deadline is denied; the request for an extension to file a response to defendant's motion is granted, and plaintiff may file a response by Friday, June 5, 2009.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.