IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERGIN HAZERCI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-1092 |
| TECHNICAL EDUCATION SERVICES, INC., | : | |

## ORDER

AND NOW, this 4th day of March, 2010, "Defendant's Motion for Summary Judgment" (docket no. 25) is granted, and judgment is entered in favor of defendant and against plaintiff. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.